U.S. DISTRICT COURT - N
FILED
FEB 19 2014
AT____ O'CLOC_
Lawrence K. Baerman, Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:14-CR-64-MAD |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **TODD GRAHAM,** | ) | Violation(s): 18 U.S.C. § 922(g)(1) |
| | ) | [Felon-In-Possession of a Firearm] |
| | ) | |
| | ) | 1 Count |
| | ) | |
| **Defendant.** | ) | County of Offense:   Schenectady |

### THE GRAND JURY CHARGES:

**COUNT 1**
[Felon-In-Possession of a Firearm]

In or about November 2011, in Schenectady County in the Northern District of New York, the defendant, **TODD GRAHAM**, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, that is: a CBC/Mossberg .22 caliber rifle, model 715T, serial number EKG3257404.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924 (a)(2).

Dated:   February 19, 2014

A TRUE BILL, \*\*Redacted\*\*

_____
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By:   *Robert A. Sharpe*
       _____
       Robert A. Sharpe
       Assistant United States Attorney
       Bar Roll No. 302573