**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

        v.                                                                    No. 1:14-CR-64

TODD GRAHAM,

                Defendant.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

### ORDER OF DETENTION

The defendant appeared before the undersigned for an initial appearance on September 29, 2015.  The United States moved for detention contending that there was the existence of a rebuttable presumption that the defendant was both a risk of flight and a danger to the community. The defendant did not oppose detention, waived his right to a preliminary hearing, and reserved his right to have a detention hearing at a future date should there be a change in circumstances.

The undersigned finds that the defendant has not opposed the government's motion. However, the defendant is granted leave to seek reconsideration upon further application to this Court.

    Accordingly, it is hereby

**ORDERED** that pursuant to 18 U.S.C. § 3142(f), the defendant shall be detained without bail pending trial in this case.

**IT IS FURTHER ORDERED** that the defendant is granted leave to seek reconsideration if circumstances change.

**IT IS SO ORDERED**.

Dated:  September 29, 2015
        Albany, New York

Christian F. Hummel
U.S. Magistrate Judge